UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR619-007 |
| ) | |
| ASHLEY LANIER POWELL ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Paul W. Calhoun, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Paul W. Calhoun, III** be granted leave of absence for the following periods: September 27, 2021 through October 17, 2021.

**SO ORDERED**, this the ___ day of September, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA